**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>　　**CHERYLLE C CORPUZ**<br>　　　　　　　　　　*Debtor.*<br><br>―――――――――――――――<br><br>**LAW OFFICES OF MANUELA MORAIS, LLC, Plaintiff**<br><br>v.<br><br>**Cherylle C Corpuz, Defendant** | Chapter 7<br><br>Bankruptcy No.: 20-10757<br><br><br><br>Adversary No. 20-00167 |

**CONSENT JUDGMENT**

　　**AND NOW** this __21st__ day of _____August_____, 2020, the parties hereto, Plaintiff, Law Offices of Manuela Morais, LLC ("Plaintiff") and Defendant, Cherylle C. Corpuz ("Defendant") hereby agree that the debt of Defendant Cherylle C. Corpuz owed to Plaintiff Law Offices of Manuela Morais, LLC shall be non-dischargeable in this bankruptcy pursuant to 11 U.S.C. §523(a)(2)(A), 11 U.S.C. § 523(a)(4) and 11 U.S.C. § 523(a)(6). The parties further agree that this debt is excepted from discharge pursuant to a settlement agreement between the parties and without any admission of liability by the Defendant.

PLAINTIFF, LAW OFFICES OF MANUELA MORAIS, LLC:

_/s/ Manuela Morais_____

DEFENDANT, CHERYLLE C. CORPUZ:

_____

SO ORDERED:

_____
HON. ERIC L. FRANK
UNITED STATES BANKRUPTCY JUDGE